**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Anthony CAMERON, a.k.a. Isidro Rodriguez, a.k.a. Baldhead, a.k.a. Tony, a.k.a. Heathcliff, a.k.a. T, Defendant–Appellant.**

**No. 15–10275**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 28, 2015.

Karin Bethany Hoppmann, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Malisa Chokshi, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Christopher Eric Roper, The Law Office of Eric Roper, PA, Jacksonville, FL, for Defendant–Appellant.

Anthony Cameron, Folkston, GA, pro se.

Before HULL, MARCUS and ROSENBAUM, Circuit Judges.

PER CURIAM:

Christopher Eric Roper, appointed counsel for Anthony Cameron in this criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v.*

---

invited error doctrine.

*California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cameron's conviction and sentence are **AFFIRMED.**